# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-00149-01-CR-W-DW |
| ) | |
| MARTINIS L. WOODS, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. (Doc. 16). On August 17, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States:

    A. ACCU Tower DVD Burner, serial number 37761;

    B. Cream colored generic computer tower containing two DVD burners, one DVD reader, and one floppy drive, with an internal Western Digital hard drive with the serial number WMA8C3702757;

    C. Cream colored generic computer tower containing one DVD burner, one CD burner, and one floppy drive, with an internal hard drive of unknown origin with the serial number A4GJKJDA;

    D. SP100 Subwoofer, serial number C000400158;

    E. Alera DVD Copy Burner, serial number 00266001991;

    F. Viewsonic VP150 Monitor, serial number E894049843;

    G. Viewsonic Monitor, serial number EE893948652;

    H. Sony CD/DVD player, serial number DVP-N5575P;

    I. Harmon/Kardon DVD player, serial number WA0007-C9457;

    J. HP PSC 2410 Printer, serial number MY3BNH14YO;

  K. HP Laser Jet Printer, serial number CNGRB27242;

  L. Creative Nomad Jukebox 40 GB, serial number 33A4Z20DEID;

  M. Western Digital Hard Drive, serial number WMAAN1320614;

  N. Panasonic Video Recorder with case, serial number F41C12474;

  O. Microboards Microrbit DVD Burner, serial number MB011570;

  P. Microboards Microrbit DVD Burner, serial number MB011391;

  Q. 1,296 counterfeit DVDs;

  R. 483 counterfeit CDs;

  S. 74 counterfeit computer software programs;

  T. One Playstation game; and

  U. 51 CD/DVD labels.

 Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in *The Pulse Legal Publication*, a daily newspaper of general circulation published in Jackson County, Missouri, on October 2, 2007, October 9, 2007, and October 16, 2007. No claimants properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title or interest in or to the above-described property are held to be in default.

 Based upon the plea agreement, the Court finds that the defendant Martinis L. Woods had an interest in the property that is subject to forfeiture pursuant to 17 U.S.C. § 506(b).

 Accordingly, it is hereby ORDERED:

 1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-

described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

    2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

    3. The claims and interests of any other persons or parties are forever foreclosed and barred.

    4. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

    5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.


Date:   March 11, 2008                          /s/ Dean Whipple
                                                              Dean Whipple
                                                          United States District Judge

3

Case 4:07-cr-00149-DW   Document 17   Filed 03/11/08   Page 3 of 3